UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 06-cv-01164-EWN-MJW

IMELDA CLAYTON,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois Corporation,

    Defendant.

_____

## ORDER TO REMAND CASE TO STATE COURT
_____

    Based upon the Stipulated Motion to Remand to State Court, it is hereby ORDERED that this Court lacks federal subject matter jurisdiction and this matter shall be remanded to the State of Colorado District Court for the County of Denver.

    Dated this 17th day of August, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          United States District Judge